February 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JUNG JU CHANG, Appellant

NO. 14-13-00984-CV                    V.

H-MART HOUSTON, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, H-Mart Houston, Inc., signed October 24, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jung Ju Chang, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.